UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-20323-CV-UNGARO/O'SULLIVAN

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,
Petitioner,

v.

GERARDO (a/k/a GERADO)
SANCHEZ-PITA,
Respondent.
/

**ORDER**

THIS MATTER came before the Court on the Petition for Emergency Court Order to Permit Involuntary Endoscopy and other Gastroenterology Medical Procedures as Necessary (DE# 10, 1/29/19). For the reasons stated on the record during the hearing, it is

ORDERED AND ADJUDGED that the Petition for Emergency Court Order to Permit Involuntary Endoscopy and other Gastroenterology Medical Procedures as Necessary (DE# 10, 1/29/19) is DENIED without prejudice to renew with supportive evidence and a memorandum of law.

DONE AND ORDERED, in Chambers, at Miami, Florida this **30th** day of January, 2019.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE